### Ben MOLLOFF, Appellant, v. UNITED STATES of America.

No. 10434.

Circuit Court of Appeals, Eighth Circuit.

Sept. 30, 1935.

Sigmund M. Bass, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo.

PER CURIAM.

Appeal docketed and dismissed, on motion of appellee and consent of appellant.

### Elias MOLLOFF, Appellant, v. UNITED STATES of America.

No. 10435.

Circuit Court of Appeals, Eighth Circuit.

Sept. 30, 1935.

Sigmund M. Bass, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo.

PER CURIAM.

Appeal docketed and dismissed, on motion of appellee and consent of appellant.

### MOXA BUILDING COMPANY, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 48.

Circuit Court of Appeals, Second Circuit.

Nov. 18, 1935.

Spotswood D. Bowers, of New York City (Spotswood D. Bowers and Joseph W. Kirkpatrick, both of New York City, of counsel), for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key, Norman D. Keller, and Ellis N. Slack, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.

### MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION, a Corporation, v. Birdie S. WENTWORTH.

No. 1280.

Circuit Court of Appeals, Tenth Circuit.

Oct. 26, 1935.

Dudley, Hyde, Duvall & Dudley, of Oklahoma City, Okl., for appellant.

McKeever, Stewart & McKeever, of Enid, Okl., and J. Wilford Hill, of Cherokee, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.

### NATIONAL CASKET COMPANY, Inc., Petitioner-Appellant, v. UNITED STATES of America, Respondent-Appellee.

No. 119.

Circuit Court of Appeals, Second Circuit.

Dec. 2, 1935.